UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON

LEONARD CARTER,

                Plaintiff,

  v.

CAROLYN W. COLVIN, Acting Commissioner of the Social Security Administration,

                Defendant.

Case No. 2:16-cv-00688 JRC

**ORDER GRANTING IFP APPLICATION**

      Plaintiff, proceeding pro se, has filed an application to proceed in forma pauperis ("IFP") and proposed complaint seeking review of a decision of the Commissioner of the Social Security Administration. Having considered plaintiff's application and the record, the Court hereby **ORDERS** that Plaintiff's IFP application (Dkt. 1) is **GRANTED**. Plaintiff does not appear to have funds available to afford the $400.00 filing fee. Plaintiff may proceed without prepayment of costs or fees or the necessity of giving security therefore.

      DATED this 25th day of May, 2016.

                                                  J. Richard Creatura
                                                  United States Magistrate Judge

ORDER GRANTING IFP APPLICATION - 1